

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alex Torres | Civil Action No. 17-cv-01273-H-PCL |
| Plaintiff, | |
| V. | |
| Nancy A. Berryhill, Acting Commissioner of Social Security | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court concludes that the ALJ did not commit reversible error in giving Dr. Lopez's opinion little, as opposed to controlling, weight. The Court therefore Denies Plaintiff's motion for summary judgment, Grants the Acting Commissioner's cross-motion for summary judgment, and Affirms the ALJ's order. It Is So Ordered.

Date: 3/9/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Gutierrez
J. Gutierrez, Deputy